THE STATE, EX REL. PTAK ET AL., APPELLANTS, *v.* MASHETER, DIRECTOR OF HIGHWAYS, ET AL., APPELLEES.

[Cite as State, ex rel. Ptak, v. Masheter, Dir., 5 Ohio St. 2d 200.]

(No. 39875—Decided March 9, 1966.)

*Mr. Richard B. Kay*, for appellants.

*Mr. William B. Saxbe*, attorney general, *Mr. I. Charles Rhoads, Mr. George E. Mastics* and *Mr. Eli Manos*, for appellees.

*Per Curiam.* Relators do not appeal from the judgment of the Court of Appeals so far as it relates to respondent Charles M. Yurick.

The judgment of the Court of Appeals is affirmed on authority of *State, ex rel. Braman, v. Masheter, Dir.*, 5 Ohio St. 2d 197.

*Judgment affirmed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.